# EXHIBIT "D"

**505180881    11/08/2018**

## PATENT ASSIGNMENT COVER SHEET

Electronic Version v1.1  
Stylesheet Version v1.2

EPAS ID: PAT5227649

| SUBMISSION TYPE: | NEW ASSIGNMENT |
| --- | --- |
| NATURE OF CONVEYANCE: | ASSIGNMENT |

### CONVEYING PARTY DATA

| Name | Execution Date |
| --- | --- |
| MICRON DEVICES LLC | 11/06/2018 |

### RECEIVING PARTY DATA

| Name: | STIMWAVE TECHNOLOGIES INCORPORATED |
| --- | --- |
| Street Address: | 1310 PARK CENTRAL BLVD. SOUTH |
| City: | POMPANO BEACH |
| State/Country: | FLORIDA |
| Postal Code: | 33064 |

### PROPERTY NUMBERS Total: 107

| Property Type | Number |
| --- | --- |
| Application Number: | 14045764 |
| Application Number: | 14972386 |
| Application Number: | 15709962 |
| Application Number: | 61471496 |
| Application Number: | 13551050 |
| Application Number: | 14068750 |
| Application Number: | 15254741 |
| Application Number: | 15935410 |
| Application Number: | 61437561 |
| Application Number: | 13897427 |
| Application Number: | 61649834 |
| Application Number: | 13562221 |
| Application Number: | 14068828 |
| Application Number: | 15694330 |
| Application Number: | 61513397 |
| Application Number: | 13584618 |
| Application Number: | 14445159 |
| Application Number: | 61522812 |
| Application Number: | 13621530 |
| Application Number: | 15002610 |

505180881

PATENT  
REEL: 047448 FRAME: 0808

THIS DOCUMENT IS A CONFIDENTIAL FILING.
ACCESS IS PROHIBITED EXCEPT AS AUTHORIZED BY COURT ORDER.

CONFIDENTIAL

STIMADV_00001378

| Property Type | Number |
| --- | --- |
| Application Number: | 15983355 |
| Application Number: | 61535295 |
| Application Number: | 14141197 |
| Application Number: | 15002593 |
| Application Number: | 61745952 |
| Application Number: | 61733867 |
| Application Number: | 14648604 |
| Application Number: | 14590524 |
| Application Number: | 61923792 |
| Application Number: | 14214241 |
| Application Number: | 61786049 |
| Application Number: | 14775218 |
| Application Number: | 61786098 |
| Application Number: | 14775306 |
| Application Number: | 61786131 |
| Application Number: | 14775455 |
| Application Number: | 61786181 |
| Application Number: | 14775429 |
| Application Number: | 14214432 |
| Application Number: | 14722224 |
| Application Number: | 62004284 |
| Application Number: | 14952302 |
| Application Number: | 15661593 |
| Application Number: | 62084743 |
| Application Number: | 14796067 |
| Application Number: | 15383646 |
| Application Number: | 62022768 |
| Application Number: | 29498783 |
| Application Number: | 29498784 |
| Application Number: | 29498787 |
| Application Number: | 14312234 |
| Application Number: | 15911268 |
| Application Number: | 61838239 |
| Application Number: | 29478687 |
| Application Number: | 14710548 |
| Application Number: | 15228715 |
| Application Number: | 61992150 |
| Application Number: | 29490658 |

PATENT
REEL: 047448 FRAME: 0809

THIS DOCUMENT IS A CONFIDENTIAL FILING.
ACCESS IS PROHIBITED EXCEPT AS AUTHORIZED BY COURT ORDER.

CONFIDENTIAL

STIMADV_00001379

| Property Type | Number |
|---|---|
| Application Number: | 14710556 |
| Application Number: | 61992144 |
| Application Number: | 29478690 |
| Application Number: | 14615360 |
| Application Number: | 61936191 |
| Application Number: | 14986379 |
| Application Number: | 15999034 |
| Application Number: | 62098900 |
| Application Number: | 14986324 |
| Application Number: | 16019094 |
| Application Number: | 62098946 |
| Application Number: | 15062973 |
| Application Number: | 62129534 |
| Application Number: | 15064739 |
| Application Number: | 62130477 |
| Application Number: | 15065978 |
| Application Number: | 62131041 |
| Application Number: | 62174047 |
| Application Number: | 29524152 |
| Application Number: | 62148806 |
| Application Number: | 62182833 |
| Application Number: | 15738903 |
| Application Number: | 15807023 |
| Application Number: | 16008245 |
| Application Number: | 62279361 |
| Application Number: | 15604313 |
| Application Number: | 62340580 |
| Application Number: | 15620165 |
| Application Number: | 62348188 |
| Application Number: | 15663300 |
| Application Number: | 62367766 |
| Application Number: | 16030093 |
| Application Number: | 62530501 |
| Application Number: | 62624982 |
| Application Number: | 62588625 |
| PCT Number: | US2012032200 |
| PCT Number: | US2012023029 |
| PCT Number: | US2012048903 |

PATENT
REEL: 047448 FRAME: 0810

THIS DOCUMENT IS A CONFIDENTIAL FILING.
ACCESS IS PROHIBITED EXCEPT AS AUTHORIZED BY COURT ORDER.

CONFIDENTIAL

STIMADV_00001380

| Property Type | Number |
|---|---|
| PCT Number: | US2012050633 |
| PCT Number: | US2012055746 |
| PCT Number: | US2013073326 |
| PCT Number: | US2014029704 |
| PCT Number: | US2014029726 |
| PCT Number: | US2014029681 |
| PCT Number: | US2014029683 |
| PCT Number: | US2015068343 |
| PCT Number: | US2015068348 |
| PCT Number: | US2016038747 |
| PCT Number: | US2017013718 |

**CORRESPONDENCE DATA**

Fax Number: (877)769-7945

*Correspondence will be sent to the e-mail address first; if that is unsuccessful, it will be sent using a fax number, if provided; If that is unsuccessful, it will be sent via US Mail.*

Phone: (202) 626-6442
Email: apsi@fr.com
Correspondent Name: YAO WANG
Address Line 1: FISH & RICHARDSON P.C.
Address Line 2: P.O.BOX 1022
Address Line 4: MINNEAPOLIS, MINNESOTA 55440-1022

| ATTORNEY DOCKET NUMBER: | 39943-0003001 |
|---|---|
| NAME OF SUBMITTER: | ARLENE F. YATES |
| SIGNATURE: | /Arlene F. Yates/ |
| DATE SIGNED: | 11/08/2018 |

**Total Attachments: 6**
source=Micron to Stimwave Assignments#page1.tif
source=Micron to Stimwave Assignments#page2.tif
source=Micron to Stimwave Assignments#page3.tif
source=Micron to Stimwave Assignments#page4.tif
source=Micron to Stimwave Assignments#page5.tif
source=Micron to Stimwave Assignments#page6.tif

PATENT
REEL: 047448 FRAME: 0811

THIS DOCUMENT IS A CONFIDENTIAL FILING.
ACCESS IS PROHIBITED EXCEPT AS AUTHORIZED BY COURT ORDER.

CONFIDENTIAL                                                                STIMADV_00001381

## PATENT ASSIGNMENT

WHEREAS, **Micron Devices LLC**, a Delaware limited liability company, having its principal place of business at 1310 Park Central Blvd. South, Pompano Beach, FL 33064 (the "ASSIGNOR"), is the owner of the entire right, title and interest in and to patents and patent applications listed on the attached Schedule A ("Patents"), as well as the inventions that are the subject of the Patents ("Inventions").

WHEREAS, **Stimwave Technologies Incorporated**, a Delaware corporation, having its principal place of business at 1310 Park Central Blvd. South, Pompano Beach, FL 33064 (the "ASSIGNEE"), is desirous of obtaining the entire right, title and interest in and to the Inventions and Patents.

NOW, THEREFORE, in consideration of good and valuable considerations paid by ASSIGNEE to ASSIGNOR, the receipt and sufficiency of which are hereby acknowledged, ASSIGNOR hereby sells, assigns and transfers to ASSIGNEE, its successors and assignees, the entire right, title and interest throughout the world in the Inventions and Patents, this assignment including the right to sue for past infringement of the Patents, any and all United States and foreign patents or applications claiming priority to the Patents (including continuation, divisional, and other applications claiming priority to the Patents), utility models, and design registrations granted for any of the Inventions, and the right to claim priority based on the filing date of the Patents under the International Convention for the Protection of Industrial Property, the Patent Cooperation Treaty, the European Patent Convention, and all other treaties of like purposes.

ASSIGNOR agrees for itself and its successors, legal representatives and assigns, without further compensation, to perform such lawful acts and to sign such further applications, assignments, Preliminary Statements and other lawful documents as the ASSIGNEE may reasonably request to effectuate fully this assignment.

**PATENT**
**REEL: 047448 FRAME: 0812**

THIS DOCUMENT IS A CONFIDENTIAL FILING.
ACCESS IS PROHIBITED EXCEPT AS AUTHORIZED BY COURT ORDER.

CONFIDENTIAL                                           STIMADV_00001382

IN TESTIMONY WHEREOF, ASSIGNOR has caused this Assignment to be executed by its duly authorized officer.

(ASSIGNOR)

By _____

Title _____Manager_____

Date _____11/6/18_____

ASSIGNEE hereby acknowledges receipt of the entire right, title and interest as noted above.

(ASSIGNEE)

By _____

Title _____CEO_____

Date _____11-6-18_____

PATENT
REEL: 047448 FRAME: 0813

THIS DOCUMENT IS A CONFIDENTIAL FILING.
ACCESS IS PROHIBITED EXCEPT AS AUTHORIZED BY COURT ORDER.

CONFIDENTIAL                                                                STIMADV_00001383

SCHEDULE A

| Matter ID | Serial No. | Filing Date | Patent No. | Title |
|---|---|---|---|---|
| 39943-0003001 | 14/045,764 | 10/03/2013 | 9,220,897 | IMPLANTABLE LEAD |
| 39943-0003002 | 14/972,386 | 12/17/2015 | 9,789,314 | IMPLANTABLE LEAD |
| 39943-0003003 | 15/709,962 | 09/20/2017 | | IMPLANTABLE LEAD |
| 39943-0003P01 | 61/471,496 | 04/04/2011 | | LEADLESS NEURAL STIMULATOR |
| 39943-0003WO1 | PCT/US2012/032200 | 04/04/2012 | | IMPLANTABLE LEAD |
| 39943-0004001 | 13/551,050 | 07/17/2012 | 9,409,030 | NEURAL STIMULATOR SYSTEM |
| 39943-0004002 | 14/068,750 | 10/31/2013 | 9,566,449 | NEURAL STIMULATOR SYSTEM |
| 39943-0004003 | 15/254,741 | 09/01/2016 | 9,925,384 | NEURAL STIMULATOR SYSTEM |
| 39943-0004004 | 15/935,410 | 03/26/2018 | | NEURAL STIMULATOR SYSTEM |
| 39943-0004P01 | 61/437,561 | 01/28/2011 | | METHODS, SYSTEMS AND APPARATUS FOR WIRELESS NEURAL MODULATION SPINAL CORD STIMULATION FEEDBACK CONTROL SYSTEMS |
| 39943-0004WO1 | PCT/US2012/023029 | 01/27/2012 | | NEURAL STIMULATOR SYSTEM |
| 39943-0005001 | 13/897,427 | 05/19/2013 | 8,903,502 | METHODS AND DEVICES FOR MODULATING EXCITABLE TISSUE OF THE EXITING SPINAL NERVES |
| 39943-0005P01 | 61/649,834 | 05/21/2012 | | TRANSFORAMINAL OR SACRAL HIATUS IMPLANTATION OF A STIMULATION SYSTEM |
| 39943-0011001 | 13/562,221 | 07/30/2012 | 9,199,089 | REMOTE CONTROL OF POWER OR POLARITY SELECTION FOR A NEURAL STIMULATOR |
| 39943-0011002 | 14/068,828 | 10/31/2013 | 9,757,571 | REMOTE CONTROL OF POWER OR POLARITY SELECTION FOR A NEURAL STIMULATOR |
| 39943-0011003 | 15/694,330 | 09/01/2017 | | POLARITY REVERSING LEAD |
| 39943-0011P01 | 61/513,397 | 07/29/2011 | | POLARITY REVERSING ISOLATED REMOTELY POWERED LEAD |
| 39943-0011WO1 | PCT/US2012/048903 | 07/30/2012 | | REMOTE CONTROL OF POWER OR POLARITY SELECTION FOR A NEURAL STIMULATOR |
| 39943-0012001 | 13/584,618 | 08/13/2012 | 8,849,412 | MICROWAVE FIELD STIMULATOR |
| 39943-0012002 | 14/445,159 | 07/29/2014 | | MICROWAVE FIELD STIMULATOR |
| 39943-0012P01 | 61/522,812 | 08/12/2011 | | MICROWAVE FIELD STIMULATOR AND IMPEDANCE MATCHING METHODS AND SYSTEMS FOR REMOTE POWERING AND CONTROL OF LEADLESS ELECTRODE ARRAYS FOR NEURAL STIMULATION |
| 39943-0012WO1 | PCT/US2012/050633 | 08/13/2012 | | MICROWAVE FIELD STIMULATOR |
| 39943-0013001 | 13/621,530 | 09/17/2012 | 9,242,103 | RELAY MODULE FOR IMPLANT |
| 39943-0013002 | 15/002,610 | 01/21/2016 | 9,974,965 | RELAY MODULE FOR IMPLANT |
| 39943-0013003 | 15/983,355 | 05/18/2018 | | RELAY MODULE FOR IMPLANT |
| 39943-0013P01 | 61/535,295 | 09/15/2011 | | MICROWAVE STIMULATION SYSTEM, METHOD AND APPARATUS FOR DISTANT REMOTE POWERING OF IMPLANTED NEURAL STIMULATORS |
| 39943-0013WO1 | PCT/US2012/055746 | 09/17/2012 | | RELAY MODULE FOR IMPLANT |
| 39943-0014001 | 14/141,197 | 12/26/2013 | 9,254,393 | WEARABLE ANTENNA ASSEMBLY |
| 39943-0014002 | 15/002,593 | 01/21/2016 | | WEARABLE ANTENNA ASSEMBLY |
| 39943-0014P01 | 61/745,952 | 12/26/2012 | | WEARABLE ANTENNA ASSEMBLY |
| 39943-0027P01 | 61/733,867 | 12/05/2012 | | DIRECT STIMULATOR CONNECTOR SYSTEM AND METHODS |
| 39943-0027US1 | 14/648,604 | 05/29/2015 | | DEVICES AND METHODS FOR |

PATENT
REEL: 047448 FRAME: 0814

THIS DOCUMENT IS A CONFIDENTIAL FILING.
ACCESS IS PROHIBITED EXCEPT AS AUTHORIZED BY COURT ORDER.

CONFIDENTIAL

STIMADV_00001384

| Matter ID | Serial No. | Filing Date | Patent No. | Title |
|---|---|---|---|---|
| | | | | CONNECTING IMPLANTABLE DEVICES TO WIRELESS ENERGY |
| 39943-0027WO1 | PCT/US2013/073326 | 12/05/2013 | | DEVICES AND METHODS FOR CONNECTING IMPLANTABLE DEVICES TO WIRELESS ENERGY |
| 39943-0030001 | 14/590,524 | 01/06/2015 | | WIRELESS NEURAL STIMULATOR IMPLANTATION |
| 39943-0030P01 | 61/923,792 | 01/06/2014 | | SPINAL CORD STIMULATOR SYSTEM |
| 39943-0031001 | 14/214,241 | 03/14/2014 | | WIRELESS IMPLANTABLE POWER RECEIVER SYSTEM AND METHODS |
| 39943-0032P01 | 61/786,049 | 03/14/2013 | | DEVICES AND METHODS FOR TREATING INFLAMMATION, CHRONIC PAIN AND OTHER DISORDERS WITH NEUROMODULATION |
| 39943-0032US1 | 14/775,218 | 09/11/2015 | 9,717,921 | TREATING INFLAMMATION, CHRONIC PAIN AND OTHER DISORDERS WITH NEUROMODULATION |
| 39943-0032WO1 | PCT/US2014/029704 | 03/14/2014 | | TREATING INFLAMMATION, CHRONIC PAIN AND OTHER DISORDERS WITH NEUROMODULATION |
| 39943-0033P01 | 61/786,098 | 03/14/2013 | | MINIATURE IMPLANTABLE LEAD AND METHODS |
| 39943-0033US1 | 14/775,306 | 09/11/2015 | | MINIATURE IMPLANTABLE DEVICE AND METHODS |
| 39943-0033WO1 | PCT/US2014/029726 | 03/14/2014 | | MINIATURE IMPLANTABLE LEAD AND METHODS |
| 39943-0034P01 | 61/786,131 | 03/14/2013 | | DEVICES AND METHODS FOR TREATING CRANIOFACIAL PAIN |
| 39943-0034US1 | 14/775,455 | 09/11/2015 | | DEVICES AND METHODS FOR TREATING CRANIOFACIAL PAIN |
| 39943-0034WO1 | PCT/US2014/029681 | 03/14/2014 | | DEVICES AND METHODS FOR TREATING CRANIOFACIAL PAIN |
| 39943-0035P01 | 61/786,181 | 03/14/2013 | | DEVICES AND METHODS FOR TREATING UROLOGICAL DISORDERS |
| 39943-0035US1 | 14/775,429 | 09/11/2015 | 9,623,253 | DEVICES AND METHODS FOR TREATING UROLOGICAL DISORDERS |
| 39943-0035WO1 | PCT/US2014/029683 | 03/14/2014 | | DEVICES AND METHODS FOR TREATING UROLOGICAL DISORDERS |
| 39943-0036001 | 14/214,432 | 03/14/2014 | 9,433,789 | METHOD, SYSTEM AND APPARATUS FOR REMOTE NEURAL MODULATION BRAIN STIMULATION AND FEEDBACK CONTROL |
| 39943-0038001 | 14/722,224 | 05/27/2015 | | STIMULATION WITH ELECTRODE ARRAYS |
| 39943-0038P01 | 62/004,284 | 05/29/2014 | | SYSTEM AND METHOD FOR STIMULATION WITH ELECTRODE |
| 39943-0039001 | 14/952,302 | 11/25/2015 | 9,731,140 | CONTROLLER INTERFACE FOR AN IMPLANTABLE STIMULATOR DEVICE |
| 39943-0039002 | 15/661,593 | 07/27/2017 | | CONTROLLER INTERFACE FOR AN IMPLANTABLE STIMULATOR DEVICE |
| 39943-0039P01 | 62/084,743 | 11/26/2014 | | SOFTWARE CONTROLLER INTERFACE FOR AN IMPLANTABLE STIMULATOR DEVICE |
| 39943-0040001 | 14/796,067 | 07/10/2015 | 9,522,270 | CIRCUIT FOR AN IMPLANTABLE DEVICE |
| 39943-0040002 | 15/383,646 | 12/19/2016 | | CIRCUIT FOR AN IMPLANTABLE DEVICE |
| 39943-0040P01 | 62/022,768 | 07/10/2014 | | CIRCUIT FOR AN IMPLANTABLE |

PATENT
REEL: 047448 FRAME: 0815

THIS DOCUMENT IS A CONFIDENTIAL FILING.
ACCESS IS PROHIBITED EXCEPT AS AUTHORIZED BY COURT ORDER.

CONFIDENTIAL STIMADV_00001385

| Matter ID | Serial No. | Filing Date | Patent No. | Title |
|---|---|---|---|---|
| | | | | DEVICE |
| 39943-0041001 | 29/498,783 | 08/07/2014 | D.752,761 | EXTERNAL TRANSIT MODULATOR FOR AN IMPLANTABLE NEURAL STIMULATOR |
| 39943-0041002 | 29/498,784 | 08/07/2014 | D.752,762 | EXTERNAL TRANSMIT MODULATOR FOR IMPLANTABLE NEURAL STIMULATOR |
| 39943-0042001 | 29/498,787 | 08/07/2014 | D.730,529 | FLEXIBLE CIRCUIT FOR AN IMPLANTABLE NEURAL STIMULATOR |
| 39943-0043001 | 14/312,234 | 06/23/2014 | 9,907,950 | SYSTEM AND METHOD FOR STIMULATION WITH ELECTRODE |
| 39943-0043002 | 15/911,268 | 03/05/2018 | | SYSTEM AND METHOD FOR STIMULATION WITH ELECTRODE |
| 39943-0043P01 | 61/838,239 | 06/22/2013 | | METHODS AND DEVICES FOR THE SELECTIVE MODULATION OF EXCITABLE TISSUE |
| 39943-0045001 | 29/478,687 | 01/07/2014 | | WIRELESS ANTENNA ASSEMBLY |
| 39943-0048001 | 14/710,548 | 05/12/2015 | 9,409,029 | REMOTE RF POWER SYSTEM WITH LOW PROFILE TRANSMITTING ANTENNA |
| 39943-0048002 | 15/228,715 | 08/04/2016 | | REMOTE RF POWER SYSTEM WITH LOW PROFILE TRANSMITTING ANTENNA |
| 39943-0048P01 | 61/992,150 | 05/12/2014 | | REMOTE MICROWAVE STIMULATION SYSTEM WITH LOW PROFILE TRANSMITTING ANTENNA |
| 39943-0049001 | 29/490,658 | 05/12/2014 | D.794,774 | STYLET HANDLE |
| 39943-0050001 | 14/710,556 | 05/12/2015 | | STYLET HANDLE ASSEMBLY |
| 39943-0050P01 | 61/992,144 | 05/12/2014 | | STYLET HANDLE |
| 39943-0051001 | 29/478,690 | 01/07/2014 | D716,462 | HANDHELD TREATMENT DEVICE |
| 39943-0052001 | 14/615,360 | 02/05/2015 | 9,446,251 | HANDHELD TREATMENT DEVICE |
| 39943-0052P01 | 61/936,191 | 02/05/2014 | | HANDHELD TREATMENT DEVICE |
| 39943-0053001 | 14/986,379 | 12/31/2015 | 10,056,688 | PATCH ANTENNA ASSEMBLY |
| 39943-0053002 | 15/999,034 | 08/20/2018 | | PATCH ANTENNA ASSEMBLY |
| 39943-0053P01 | 62/098,900 | 12/31/2014 | | PATCH ANTENNA ASSEMBLY |
| 39943-0053WO1 | PCT/US2015/068343 | 12/31/2015 | | PATCH ANTENNA ASSEMBLY |
| 39943-0054001 | 14/986,324 | 12/31/2015 | 10,058,705 | ANTENNA ASSEMBLY |
| 39943-0054002 | 16/019,094 | 06/26/2018 | | ANTENNA ASSEMBLY |
| 39943-0054P01 | 62/098,946 | 12/31/2014 | | ANTENNA ASSEMBLY |
| 39943-0054WO1 | PCT/US2015/068348 | 12/31/2015 | | ANTENNA ASSEMBLY |
| 39943-0055001 | 15/062,973 | 03/07/2016 | | PLACEMENT OF NEURAL STIMULATORS |
| 39943-0055P01 | 62/129,534 | 03/06/2015 | | PLACEMENT OF NEURAL STIMULATORS |
| 39943-0056001 | 15/064,739 | 03/09/2016 | 10,092,755 | NEURAL STIMULATOR PLACEMENT |
| 39943-0056P01 | 62/130,477 | 03/09/2015 | | NEURAL STIMULATOR PLACEMENT |
| 39943-0057001 | 15/065,978 | 03/10/2016 | | NEURAL STIMULATOR PLACEMENT |
| 39943-0057P01 | 62/131,041 | 03/10/2015 | | NEURAL STIMULATOR PLACEMENT |
| 39943-0058P01 | 62/174,047 | 06/11/2015 | | EMBEDDED FIXATION DEVICES OR LEADS |
| 39943-0059001 | 29/524,152 | 04/17/2015 | D758,596 | FLEXIBLE CIRCUIT FOR AN IMPLANTABLE NEURAL STIMULATOR |
| 39943-0060P01 | 62/148,806 | 04/17/2015 | | FLEXIBLE CIRCUIT FOR AN IMPANTABLE DEVICE |
| 39943-0061P01 | 62/182,833 | 06/22/2015 | | AN EARPIECE ASSEMBLY TO INTERACT WITH IMPLANTABLE NEURAL STIMULATORS |
| 39943-0061US1 | 15/738,903 | 12/21/2017 | | AN EARPIECE ASSEMBLY TO |

PATENT
REEL: 047448 FRAME: 0816

THIS DOCUMENT IS A CONFIDENTIAL FILING.
ACCESS IS PROHIBITED EXCEPT AS AUTHORIZED BY COURT ORDER.

CONFIDENTIAL

STIMADV_00001386

| Matter ID | Serial No. | Filing Date | Patent No. | Title |
|---|---|---|---|---|
| | | | | INTERACT WITH IMPLANTABLE NEURAL STIMULATORS |
| 39943-0061WO1 | PCT/US2016/038747 | 06/22/2016 | | AN EARPIECE ASSEMBLY TO INTERACT WITH IMPLANTABLE NEURAL STIMULATORS |
| 39943-0063001 | 15/807,023 | 11/08/2017 | | AN IMPLANTABLE RELAY MODULE |
| 39943-0063002 | 16/008,245 | 06/14/2018 | | AN IMPLANTABLE RELAY MODULE |
| 39943-0063P01 | 62/279,361 | 01/15/2016 | | AN IMPLANTABLE RELAY MODULE |
| 39943-0063WO1 | PCT/US2017/013718 | 01/17/2017 | | AN IMPLANTABLE RELAY MODULE |
| 39943-0064001 | 15/604,313 | 05/24/2017 | | PULSE-DENSITY MODULATION TO SYNTHESIZE STIMULATION WAVEFORMS ON AN IMPANTABLE DEVICE |
| 39943-0064P01 | 62/340,580 | 05/24/2016 | | PULSE-DENSITY MODULATION TO SYNTHESIZE STIMULATION WAVEFORMS ON AN IMPANTABLE DEVICE |
| 39943-0065001 | 15/620,165 | 06/12/2017 | | USER INTERFACE FOR A PATIENT USER TO ADJUST SETTINGS ON AN IMPANTABLE DEVICE |
| 39943-0065P01 | 62/348,188 | 06/10/2016 | | USER INTERFACE FOR A PATIENT USER TO ADJUST SETTINGS ON AN IMPANTABLE DEVICE |
| 39943-0067001 | 15/663,300 | 07/28/2017 | | FABRIC ANTENNA |
| 39943-0067P01 | 62/367,766 | 07/28/2016 | | FABRIC ANTENNA |
| 39943-0074001 | 16/030,093 | 07/09/2018 | | AN INJECTABLE ANCHOR SYSTEM AND METHODS FOR USING THE SAME TO IMPLANT AN IMPLANTABLE DEVICE |
| 39943-0074P01 | 62/530,501 | 07/10/2017 | | AN INJECTABLE ANCHOR SYSTEM AND METHODS FOR USING THE SAME TO IMPLANT AN IMPLANTABLE DEVICE |
| 39943-0077P01 | 62/624,982 | 02/01/2018 | | SYSTEMS AND METHODS TO SENSE STIMULATION ELECTRODE TISSUE IMPEDANCE |
| 39943-0078P01 | 62/588,625 | 11/20/2017 | | SYSTEMS AND METHODS TO LOCATE AN IMPLANTABLE STIMULATOR DEVICE INSIDE A SUBJECT |

RECORDED: 11/08/2018

PATENT
REEL: 047448 FRAME: 0817

THIS DOCUMENT IS A CONFIDENTIAL FILING.
ACCESS IS PROHIBITED EXCEPT AS AUTHORIZED BY COURT ORDER.

CONFIDENTIAL                                                                                    STIMADV_00001387