# EXHIBIT "F"

| Member | Address | No. of Class A | No. of Class B/C | Micron Member % Interest | Stimwave % Interest | Difference |
|---|---|---|---|---|---|---|
| Laura Perryman | 1520 Alton Rd., Suite 417, Miami Beach, FL 33139 | 2,111,111 | 447,000 | 32.60% | 22.30% | -10.30% |
| Echo Vibration Limited | Vistra Corp Services, Wickhams Cay II, Rd Town, Tortola, VG1110, BVI | 741,871 | | 9.45% | 7.80% | -1.65% |
| Stimwave Technologies | 33064 | | 372,495 | 4.75% | | |
| Life Science Angels VIII, LLC | 1230 Bordeaux Drive, Sunnyvale CA 94089 | 311,292 | | 3.97% | 4.70% | 0.73% |
| Emergent MD Holdings, Inc. | 205 South Drive, Suite 2, Mountain View CA 94040 | 268,868 | | 3.43% | 2.20% | -1.23% |
| Robert K. Anderson | 7262 Old Post Road, Boulder CO 80301 | 243,569 | | 3.10% | 2.60% | -0.50% |
| Yeung Family Trust | 5448 E. Valle Vista Road, Phoenix AZ 85018 | 204,837 | | 2.61% | 2.20% | -0.41% |
| Stephen Hochschuler, MD | 85253 | 186,047 | | 2.37% | 2.00% | -0.37% |
| BioAccel | 4602 N 16th Street #300, Phoenix, AZ 85016 | 174,294 | | 2.22% | 0.80% | -1.42% |
| Stuart Essig | 311 Enterprise Drive, Plainsboro NJ 08536 | 158,872 | | 2.02% | 1.70% | -0.32% |
| Inc. | 6440 N Swan Road, Suite 200, Tucson, AZ 85718 | 152,913 | | 1.95% | 1.60% | -0.35% |
| Taube Investment Partners, LP | 1050 Ralston Ave., Belmont CA 94002 | 120,000 | | 1.53% | 1.60% | 0.07% |
| Yuan Family Trust | 3692 Nelson's Walk, Naples FL 34102 | 111,628 | | 1.42% | 1.10% | -0.32% |
| Wilmington Investor Network, LLC | 1802 South Churchill Drive, Wilmington NC 28403 | 108,333 | | 1.38% | 1.10% | -0.28% |
| David Auth | 490 S. Beach Road, Hobe Sound, FL 33455 | 107,712 | | 1.37% | 1.10% | -0.27% |
| Nancy L. Auth | 490 S. Beach Road, Hobe Sound, FL 33455 | 107,712 | | 1.37% | 1.10% | -0.27% |
| NeuroStim LLC | 100 SE 2nd St, 44th Floor, Miami, FL 33131 | 100,000 | | 1.27% | 1.10% | -0.17% |
| Tatyana Shine North | 5051 Greenspring Ave, Baltimore MD 21209 | 86,169 | | 1.10% | 1.30% | 0.20% |
| Robert Green | 7600 Wisconsin Ave, Suite 900, Bethesda MD | 80,305 | | 1.02% | 1.00% | -0.02% |
| Jacobson Family Trust | 5525 E Lincoln Dr., #112, Paradise Valley AZ 85253 | 72,171 | | 0.92% | 0.80% | -0.12% |
| Patrick Larson | 19849 Villa Medici Place, Boca Raton, FL 33434 | 70,000 | 372,500 | 5.64% | 1.20% | -4.44% |
| Ralph Rashbaum 5X5 Trust | 6020 W. Parker Road, Suite 200, Plano TX 75093 | 69,947 | | 0.89% | 0.20% | -0.69% |
| Zuckerman Investments, LLC | 75 Thomas Johnson Dr, #C, Frederick MD 21702 | 64,102 | | 0.82% | 0.70% | -0.12% |
| Marc Loev, MD | 13609 Canal Vista Court, Potomac MD 20854 | 64,102 | | 0.82% | 0.70% | -0.12% |
| David Mohler, MD | 94063 | 60,000 | | 0.76% | 0.60% | -0.16% |
| Sunil Panchal, MD | 4911 Van Dyke Road, Lutz FL 33558 | 60,000 | | 0.76% | 0.60% | -0.16% |
| Chad Andersen | 3013 Oaktree Lane, Hollywood, FL 33021 | 50,000 | 74,500 | 1.59% | 0.50% | -1.09% |
| Aneesh Singla, MD | 5501 Lincoln St., Bethesda MD 20817 | 48,868 | | 0.62% | 0.50% | -0.12% |
| Richard Weiner, MD | 8230 Walnut Hill Lane, Suite 220, Dallas TX 75231 | 45,000 | | 0.57% | 0.20% | -0.37% |
| WS Investment Company, LLC | 650 Page Mill Road, Palo Alto CA 94304 | 44,798 | | 0.57% | 0.20% | -0.37% |
| Thomas Haider, MD | PO Box 8910, Rancho Santa Fe, Ca 92067 | 43,084 | | 0.55% | 0.50% | -0.05% |
| Ali El-Mohandes, MD | 11248 Eastwood Dr, Hagerstown MD 21742 | 42,735 | | 0.54% | 0.50% | -0.04% |
| Mark Hungerford, MD | 301 Saint Paul St, Baltimore MD 21202 | 41,367 | | 0.53% | 0.50% | -0.03% |
| Todd Lanman, MD | 2812 Paseo Del Mar, Palos Verdes Estates CA 90274 | 40,000 | | 0.51% | 0.40% | -0.11% |
| Mark Coleman, MD | 10 Chris Eliot Court, Cockeysville MD 21030 | 37,000 | | 0.47% | 0.40% | -0.07% |
| Akhil Jay Khanna, MD | 6420 Rockledge Dr, #220, Bethesda MD 20817 | 31,367 | | 0.40% | 0.40% | 0.00% |
| Amir H. Fayyazi, MD | 234 Kristin Lane, Allentown PA 18104 | 29,049 | | 0.37% | 0.30% | -0.07% |
| Michael Daly, MD | 14548 Edgewoods Way, Glenelg, MD 21737 | 25,641 | | 0.33% | 0.30% | -0.03% |
| Andrej Simeunovic | 9850 North 73rd Street, #2059, Scottsdale AZ 85258 | 25,000 | | 0.32% | 0.10% | -0.22% |
| Gary King, PhD | 1319 Hillcrest Drive NE, Fridley MN 55432 | 25,000 | | 0.32% | 0.20% | -0.12% |
| Elizabeth Greene | 2637 NW 49th Street, Boca Raton, FL 33434 | 25,000 | | 0.32% | 0.50% | 0.18% |
| Abdul Shaheed Soudan, MD | 304 Kerneway, Baltimore MD 21212 | 21,094 | | 0.27% | 0.20% | -0.07% |
| RRG #1 FLP | 6020 W Parker Rd, #200, Plano TX 75093 | 20,781 | | 0.26% | 0.20% | -0.06% |
| WJZ Family Partners, Ltd. | 5612 Stone Cliff Court, Dallas TX 75287 | 20,781 | | 0.26% | 0.20% | -0.06% |
| James J. Yue, MD | | 20,605 | | 0.26% | 0.30% | 0.04% |
| Ajay Panchal | | 20,000 | | 0.25% | 0.20% | -0.05% |
| David Maine, MD | 6915 Granite Ridge Ct. Baltimore, MD 21209 | 15,000 | | 0.19% | 0.20% | 0.01% |
| Graham Family Investments LLC | 3584 Trout Lake Rd., Arbor Vitae WI 54568 | 13,298 | | 0.17% | 0.20% | 0.03% |
| Shauket Sherali | PO Box 341482, Los Angeles CA 90034 | 12,205 | | 0.16% | 0.10% | -0.06% |
| J. Casey McGlynn | 650 Page Mill Road, Palo Alto CA 94304 | 10,771 | | 0.14% | 0.10% | -0.04% |
| Eric Boyd, MD | 6309 E Baywood Avenue, Mesa AZ 85206 | 10,000 | | 0.13% | 0.10% | -0.03% |
| Carey-Walter Closson, MD | 5200 Harvey Lane, Ellicott City MD 21043 | 8,547 | | 0.11% | 0.10% | -0.01% |
| Ali Chahlavi | 32224 | 8,000 | | 0.10% | 0.10% | 0.00% |
| Usha Singla | 9117 Bowling Green Dr., Frederick MD 21704 | 5,000 | | 0.06% | | |
| Anish Sharad Patel, MD | 14548 Edgewoods Way, Glenelg, MD 21737 | 4,273 | | 0.05% | | |
| | | 6,580,119 | 1,266,495 | 100% | 70% | -26% |