# EXHIBIT "G"

# STATE OF DELAWARE
## CERTIFICATE OF CANCELLATION

1. The name of the limited liability company is _Miceon Devices LLC_

2. The Certificate of Formation of the limited liability company was filed on _July 12, 2013_

**IN WITNESS WHEREOF**, the undersigned has executed this Certificate of Cancellation this _28th_ day of _December_, A.D. _2018_.

By: _[signature]_
Authorized Person(s)

Name: _Laura Perryman_
Print or Type

State of Delaware
Secretary of State
Division of Corporations
Delivered 11:00 AM 12/28/2018
FILED 11:00 AM 12/28/2018
SR 20188403886 - File Number 5365638