# EXHIBIT "I"

# Instructions for Filing
## 2018 U.S. Partnership Return of Income

                                                                                                      March 19, 2019

**Signature:**
    A general partner or a limited liability company member should sign and date the
    return at the bottom of the first page.

**Due Date:**
    File your 2018 Form 1065 on or before:           March 15, 2019
        (Note: Your state return may be due on a different date. Please review your state filing instructions.)
    The IRS may treat tax returns that are lost in the mail as not filed on time, unless you
    send them by registered or certified mail.  To avoid the risk of your tax return being lost,
    mail it via (1) certified U.S. mail,  return receipt requested, or (2) one of the private delivery
    services listed in the IRS instructions under "When to File."  Save the receipt, and you will
    be presumed to have timely filed your return - even if it is not received by the IRS.

**Filing:**
    File your 2018 Form 1065, U.S. Partnership Return of Income, with:

```
        DEPARTMENT OF THE TREASURY
        INTERNAL REVENUE SERVICE CENTER
        Ogden, UT  84201-0011
```
Prior to filing your return, make sure you have reviewed the return for omissions or
misstatements of material information.

**Print Extra Copies For:**
    Partners:      Print an extra copy of the Schedules K-1 and partner transmittal
                           letter to give to each of your partners.

    State Return:   Some state taxing agencies require that you attach a copy of your
                           federal Form 1065 to your state partnership return. If your state
                           requires a copy of the federal Form 1065, make sure an additional
                           filing copy has been printed and attached to the state return.

    Your Records:   Always print an extra copy of your return for your records.

**Tax Due or Refund:**
    `No tax is due with your Federal income tax return.`

**Other Instructions:**
    Elections:      If you have completed any election forms, you will need to attach
                           a copy of each to your return.

# Form 1065 — U.S. Return of Partnership Income

Department of the Treasury
Internal Revenue Service

For calendar year 2018, or tax year beginning _____, 2018, ending _____, 20 _____.
► Go to www.irs.gov/Form1065 for instructions and the latest information.

OMB No. 1545-0123

**2018**

| | | |
|---|---|---|
| **A** Principal business activity: Engineering | Name of partnership: **Micron Devices LLC** | **D** Employer identification number: 46-3168470 |
| **B** Principal product or service: Medical Devices Development | Number, street, and room or suite no.: 1521 Alton Road, Suite 417 | **E** Date business started: 01/01/2015 |
| **C** Business code number: 334510 | City or town, state, ZIP: Miami Beach, FL 33139 | **F** Total assets (see instructions): $ 1,123. |

**G** Check applicable boxes: (1) ☐ Initial return  (2) ☒ Final return  (3) ☐ Name change  (4) ☐ Address change  (5) ☐ Amended return
**H** Check accounting method: (1) ☐ Cash  (2) ☒ Accrual  (3) ☐ Other (specify) ▶ _____
**I** Number of Schedules K-1. Attach one for each person who was a partner at any time during the tax year. ▶ 55
**J** Check if Schedules C and M-3 are attached . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐

**Caution:** Include **only** trade or business income and expenses on lines 1a through 22 below. See instructions for more information.

### Income

| | | | |
|---|---|---:|---:|
| 1a | Gross receipts or sales | 230,000. | |
| b | Returns and allowances | | |
| c | Balance. Subtract line 1b from line 1a | | 230,000. |
| 2 | Cost of goods sold (attach Form 1125-A) | | |
| 3 | Gross profit. Subtract line 2 from line 1c | | 230,000. |
| 4 | Ordinary income (loss) from other partnerships, estates, and trusts (attach statement) | | |
| 5 | Net farm profit (loss) (attach Schedule F (Form 1040)) | | |
| 6 | Net gain (loss) from Form 4797, Part II, line 17 (attach Form 4797) | | |
| 7 | Other income (loss) (attach statement) | | |
| 8 | **Total income (loss).** Combine lines 3 through 7 | | 230,000. |

### Deductions

| | | |
|---|---|---:|
| 9 | Salaries and wages (other than to partners) (less employment credits) | |
| 10 | Guaranteed payments to partners | |
| 11 | Repairs and maintenance | |
| 12 | Bad debts | |
| 13 | Rent | |
| 14 | Taxes and licenses | |
| 15 | Interest (see instructions) | |
| 16a | Depreciation (if required, attach Form 4562) | |
| b | Less depreciation reported on Form 1125-A and elsewhere on return (16c) | |
| 17 | Depletion (**Do not deduct oil and gas depletion.**) | |
| 18 | Retirement plans, etc. | |
| 19 | Employee benefit programs | |
| 20 | Other deductions (attach statement) See Stmt | 292,983. |
| 21 | **Total deductions.** Add the amounts shown in the far right column for lines 9 through 20 | 292,983. |
| 22 | **Ordinary business income (loss).** Subtract line 21 from line 8 | -62,983. |

### Tax and Payment

| | | |
|---|---|---:|
| 23 | Interest due under the look-back method—completed long-term contracts (attach Form 8697) | |
| 24 | Interest due under the look-back method—income forecast method (attach Form 8866) | |
| 25 | BBA AAR imputed underpayment (see instructions) | |
| 26 | Other taxes (see instructions) | |
| 27 | **Total balance due.** Add lines 23 through 27 | |
| 28 | Payment (see instructions) | |
| 29 | **Amount owed.** If line 28 is smaller than line 27, enter amount owed | |
| 30 | **Overpayment.** If line 28 is larger than line 27, enter overpayment | 0. |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than partner or limited liability company member) is based on all information of which preparer has any knowledge.

▶ Signature of partner or limited liability company member    ▶ Date: 03/19/2019

May the IRS discuss this return with the preparer shown below? See instructions. ☐ Yes ☐ No

**Paid Preparer Use Only**

| Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed | PTIN |
|---|---|---|---|---|
| | | | | |

Firm's name ▶ Self-Prepared    Firm's EIN ▶
Firm's address ▶                 Phone no.

For Paperwork Reduction Act Notice, see separate instructions.    BAA    Form **1065** (2018)

REV 02/14/19 TTBIZ

651118

☒ Final K-1  ☐ Amended K-1    OMB No. 1545-0123

**Schedule K-1 (Form 1065)**
Department of the Treasury
Internal Revenue Service

**2018**
For calendar year 2018, or tax year
beginning  / / 2018  ending  / /

**Partner's Share of Income, Deductions, Credits, etc.** ▶ See back of form and separate instructions.

### Part III  Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| | | | | |
|---|---|---|---|---|
| 1 | Ordinary business income (loss) -21,715. | 15 | Credits | |
| 2 | Net rental real estate income (loss) | | | |
| 3 | Other net rental income (loss) | 16 | Foreign transactions | |
| 4 | Guaranteed payments | | | |
| 5 | Interest income | | | |
| 6a | Ordinary dividends | | | |
| 6b | Qualified dividends | | | |
| 6c | Dividend equivalents | | | |
| 7 | Royalties | | | |
| 8 | Net short-term capital gain (loss) | 17 | Alternative minimum tax (AMT) items | |
| 9a | Net long-term capital gain (loss) | | | |
| 9b | Collectibles (28%) gain (loss) | | | |
| 9c | Unrecaptured section 1250 gain | 18 | Tax-exempt income and nondeductible expenses | |
| 10 | Net section 1231 gain (loss) | | | |
| 11 | Other income (loss) | | | |
| | | 19 | Distributions | |
| 12 | Section 179 deduction | | | |
| 13 | Other deductions | 20 | Other information Z -21,715. | |
| 14 | Self-employment earnings (loss) A -21,715. C 79,301. | | | |

*See attached statement for additional information.

### Part I  Information About the Partnership

A Partnership's employer identification number
46-3168470

B Partnership's name, address, city, state, and ZIP code
Micron Devices LLC
1521 Alton Road, Suite 417
Miami Beach, FL 33139

C IRS Center where partnership filed return
Ogden, UT

D ☐ Check if this is a publicly traded partnership (PTP)

### Part II  Information About the Partner

E Partner's identifying number

F Partner's name, address, city, state, and ZIP code
Laura Perryman
1521 Alton Road Suite 417
Miami Beach FL 33139

G ☒ General partner or LLC member-manager   ☐ Limited partner or other LLC member

H ☒ Domestic partner   ☐ Foreign partner

I1 What type of entity is this partner?  Individual
I2 If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here ☐

J Partner's share of profit, loss, and capital (see instructions):

|  | Beginning | Ending |
|---|---|---|
| Profit | 36.01000 % | 33.77000 % |
| Loss | 36.01000 % | 33.77000 % |
| Capital | 36.01000 % | 33.77000 % |

K Partner's share of liabilities:

|  | Beginning | Ending |
|---|---|---|
| Nonrecourse | $ 584,910. | $ 759. |
| Qualified nonrecourse financing | $ | $ |
| Recourse | $ | $ |

L Partner's capital account analysis:

Beginning capital account . . . . $  17,780.
Capital contributed during the year . $
Current year increase (decrease) . . $  -21,715.
Withdrawals & distributions . . . $(           )
Ending capital account . . . . $  -3,935.

☒ Tax basis   ☐ GAAP   ☐ Section 704(b) book
☐ Other (explain)

M Did the partner contribute property with a built-in gain or loss?
☐ Yes   ☒ No
If "Yes," attach statement (see instructions)

For IRS Use Only

For Paperwork Reduction Act Notice, see Instructions for Form 1065.   www.irs.gov/Form1065   BAA   Schedule K-1 (Form 1065) 2018
REV 01/26/19 TTBIZ

Schedule K-1 (Form 1065) 2018     Laura Perryman     46-3168470     Page **2**

This list identifies the codes used on Schedule K-1 for all partners and provides summarized reporting information for partners who file Form 1040. For detailed reporting and filing information, see the separate Partner's Instructions for Schedule K-1 and the instructions for your income tax return.

1. **Ordinary business income (loss).** Determine whether the income (loss) is passive or nonpassive and enter on your return as follows.

   | | Report on |
   |---|---|
   | Passive loss | See the Partner's Instructions |
   | Passive income | Schedule E, line 28, column (h) |
   | Nonpassive loss | See the Partner's Instructions |
   | Nonpassive income | Schedule E, line 28, column (k) |

2. **Net rental real estate income (loss)**    See the Partner's Instructions
3. **Other net rental income (loss)**
   - Net income    Schedule E, line 28, column (h)
   - Net loss    See the Partner's Instructions
4. **Guaranteed payments**    Schedule E, line 28, column (k)
5. **Interest income**    Form 1040, line 2b
6a. **Ordinary dividends**    Form 1040, line 3b
6b. **Qualified dividends**    Form 1040, line 3a
6c. **Dividend equivalents**    See the Partner's Instructions
7. **Royalties**    Schedule E, line 4
8. **Net short-term capital gain (loss)**    Schedule D, line 5
9a. **Net long-term capital gain (loss)**    Schedule D, line 12
9b. **Collectibles (28%) gain (loss)**    28% Rate Gain Worksheet, line 4 (Schedule D instructions)
9c. **Unrecaptured section 1250 gain**    See the Partner's Instructions
10. **Net section 1231 gain (loss)**    See the Partner's Instructions
11. **Other income (loss)**
    *Code*
    - A   Other portfolio income (loss)    See the Partner's Instructions
    - B   Involuntary conversions    See the Partner's Instructions
    - C   Sec. 1256 contracts & straddles    Form 6781, line 1
    - D   Mining exploration costs recapture    See Pub. 535
    - E   Cancellation of debt    Schedule 1 (Form 1040), line 21 or Form 982
    - F   Section 951A income
    - G   Section 965(a) inclusion
    - H   Subpart F income other than sections 951A and 965 inclusion    See the Partner's Instructions
    - I   Other income (loss)
12. **Section 179 deduction**    See the Partner's Instructions
13. **Other deductions**
    - A   Cash contributions (60%)
    - B   Cash contributions (30%)
    - C   Noncash contributions (50%)
    - D   Noncash contributions (30%)
    - E   Capital gain property to a 50% organization (30%)    See the Partner's Instructions
    - F   Capital gain property (20%)
    - G   Contributions (100%)
    - H   Investment interest expense    Form 4952, line 1
    - I   Deductions—royalty income    Schedule E, line 19
    - J   Section 59(e)(2) expenditures    See the Partner's Instructions
    - K   Excess business interest expense    See the Partner's Instructions
    - L   Deductions—portfolio (other)    Schedule A, line 16
    - M   Amounts paid for medical insurance    Schedule A, line 1 or Schedule 1 (Form 1040), line 29
    - N   Educational assistance benefits    See the Partner's Instructions
    - O   Dependent care benefits    Form 2441, line 12
    - P   Preproductive period expenses    See the Partner's Instructions
    - Q   Commercial revitalization deduction from rental real estate activities    See Form 8582 instructions
    - R   Pensions and IRAs    See the Partner's Instructions
    - S   Reforestation expense deduction    See the Partner's Instructions
    - T through V    Reserved for future use
    - W   Other deductions    See the Partner's Instructions
    - X   Section 965(c) deduction    See the Partner's Instructions
14. **Self-employment earnings (loss)**

    **Note:** If you have a section 179 deduction or any partner-level deductions, see the Partner's Instructions before completing Schedule SE.
    - A   Net earnings (loss) from self-employment    Schedule SE, Section A or B
    - B   Gross farming or fishing income    See the Partner's Instructions
    - C   Gross non-farm income    See the Partner's Instructions
15. **Credits**
    - A   Low-income housing credit (section 42(j)(5)) from pre-2008 buildings
    - B   Low-income housing credit (other) from pre-2008 buildings
    - C   Low-income housing credit (section 42(j)(5)) from post-2007 buildings    See the Partner's Instructions
    - D   Low-income housing credit (other) from post-2007 buildings
    - E   Qualified rehabilitation expenditures (rental real estate)
    - F   Other rental real estate credits
    - G   Other rental credits
    - H   Undistributed capital gains credit    Schedule 5 (Form 1040), line 74, box a
    - I   Biofuel producer credit    See the Partner's Instructions

| Code | | Report on |
|---|---|---|
| J | Work opportunity credit | |
| K | Disabled access credit | |
| L | Empowerment zone employment credit | |
| M | Credit for increasing research activities | See the Partner's Instructions |
| N | Credit for employer social security and Medicare taxes | |
| O | Backup withholding | |
| P | Other credits | |

16. **Foreign transactions**
    - A   Name of country or U.S. possession
    - B   Gross income from all sources    Form 1116, Part I
    - C   Gross income sourced at partner level

    *Foreign gross income sourced at partnership level*
    - D   Section 951A category
    - E   Foreign branch category
    - F   Passive category    Form 1116, Part I
    - G   General category
    - H   Other

    *Deductions allocated and apportioned at partner level*
    - I   Interest expense    Form 1116, Part I
    - J   Other    Form 1116, Part I

    *Deductions allocated and apportioned at partnership level to foreign source income*
    - K   Section 951A category
    - L   Foreign branch category
    - M   Passive category    Form 1116, Part I
    - N   General category
    - O   Other

    *Other information*
    - P   Total foreign taxes paid    Form 1116, Part II
    - Q   Total foreign taxes accrued    Form 1116, Part II
    - R   Reduction in taxes available for credit    Form 1116, line 12
    - S   Foreign trading gross receipts    Form 8873
    - T   Extraterritorial income exclusion    Form 8873
    - U   Section 951A(c)(1)(A) tested income
    - V   Tested foreign income tax
    - W   Section 965 information    See the Partner's Instructions
    - X   Other foreign transactions
17. **Alternative minimum tax (AMT) items**
    - A   Post-1986 depreciation adjustment
    - B   Adjusted gain or loss    See the Partner's Instructions and the Instructions for Form 6251
    - C   Depletion (other than oil & gas)
    - D   Oil, gas, & geothermal—gross income
    - E   Oil, gas, & geothermal—deductions
    - F   Other AMT items
18. **Tax-exempt income and nondeductible expenses**
    - A   Tax-exempt interest income    Form 1040, line 2a
    - B   Other tax-exempt income    See the Partner's Instructions
    - C   Nondeductible expenses    See the Partner's Instructions
19. **Distributions**
    - A   Cash and marketable securities
    - B   Distribution subject to section 737    See the Partner's Instructions
    - C   Other property
20. **Other information**
    - A   Investment income    Form 4952, line 4a
    - B   Investment expenses    Form 4952, line 5
    - C   Fuel tax credit information    Form 4136
    - D   Qualified rehabilitation expenditures (other than rental real estate)    See the Partner's Instructions
    - E   Basis of energy property    See the Partner's Instructions
    - F   Recapture of low-income housing credit (section 42(j)(5))    Form 8611, line 8
    - G   Recapture of low-income housing credit (other)    Form 8611, line 8
    - H   Recapture of investment credit    See Form 4255
    - I   Recapture of other credits    See the Partner's Instructions
    - J   Look-back interest—completed long-term contracts    See Form 8697
    - K   Look-back interest—income forecast method    See Form 8866
    - L   Dispositions of property with section 179 deductions
    - M   Recapture of section 179 deduction
    - N   Interest expense for corporate partners
    - O through Y
    - Z   Section 199A income    See the Partner's Instructions
    - AA   Section 199A W-2 wages
    - AB   Section 199A unadjusted basis
    - AC   Section 199A REIT dividends
    - AD   Section 199A PTP income
    - AE   Excess taxable income
    - AF   Excess business interest income
    - AG   Gross receipts for section 59A(e)
    - AH   Other information

REV 01/26/19 TTBIZ