# EXHIBIT "L"

## State of Delaware
## Certificate of Correction
## of a Limited Liability Company
## to be filed pursuant to Section 18-211(a)

1. The name of the Limited Liability Company is:
   Micron Devices LLC

2. That a Certificate of Cancellation was filed by the Secretary of State of Delaware on 12/28/2018, and that said Certificate requires correction as permitted by Section 18-211 of the Limited Liability Company Act.

3. The inaccuracy or defect of said Certificate is: (must give specific reason)
   "Due to clerical error, the entity was voluntarily cancelled when it should not have been"

4. The Certificate is hereby corrected to read as follows:
   The Certificate of Cancellation shall be rendered null and void.

IN WITNESS WHEREOF, the undersigned have executed this Certificate on the 22 day of November, A.D. 2019.

By: [signature]
Authorized Person

Name: Laura Perryman
Print or Type

State of Delaware
Secretary of State
Division of Corporations
Delivered 03:04 PM 11/25/2019
FILED 03:04 PM 11/25/2019
SR 20198287483 - File Number 5365638

CONFIDENTIAL                                                                                           STIMADV_00001716