# EXHIBIT "M"

# Form 1065 — U.S. Return of Partnership Income

Department of the Treasury — Internal Revenue Service
For calendar year 2018, or tax year beginning _____, 2018, ending _____, 20 _____.
▶ Go to www.irs.gov/Form1065 for instructions and the latest information.
OMB No. 1545-0123
**2018**

| | | |
|---|---|---|
| **A** Principal business activity: ENGINEERING | Name of partnership: MICRON DEVICES LLC | **D** Employer identification number: 46-3168470 |
| **B** Principal product or service: MEDICAL DEVICES | Number, street, and room or suite no.: 1521 ALTON ROAD, SUITE 417 | **E** Date business started: 01/01/2015 |
| **C** Business code number: 334510 | City or town: MIAMI BEACH  FL  33139 | **F** Total assets: $1,866,782. |

Type or Print

**G** Check applicable boxes: (1) ☐ Initial return  (2) ☐ Final return  (3) ☐ Name change  (4) ☐ Address change  (5) ☒ Amended return
**H** Check accounting method: (1) ☐ Cash  (2) ☒ Accrual  (3) ☐ Other (specify) ▶ _____
**I** Number of Schedules K-1. Attach one for each person who was a partner at any time during the tax year. ▶ 55
**J** Check if Schedules C and M-3 are attached . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐

**Caution:** Include **only** trade or business income and expenses on lines 1a through 22 below. See instructions for more information.

### Income

| | | | |
|---|---|---:|---:|
| 1a | Gross receipts or sales | 1,297,040. | |
| b | Returns and allowances | | |
| c | Balance. Subtract line 1b from line 1a | | 1c  1,297,040. |
| 2 | Cost of goods sold (attach Form 1125-A) | | 2 |
| 3 | Gross profit. Subtract line 2 from line 1c | | 3  1,297,040. |
| 4 | Ordinary income (loss) from other partnerships, estates, and trusts (attach statement) | | 4 |
| 5 | Net farm profit (loss) (attach Schedule F (Form 1040)) | | 5 |
| 6 | Net gain (loss) from Form 4797, Part II, line 17 (attach Form 4797) | | 6 |
| 7 | Other income (loss) (attach statement) | | 7 |
| 8 | **Total income (loss).** Combine lines 3 through 7 | | 8  1,297,040. |

### Deductions (see instructions for limitations)

| | | |
|---|---|---:|
| 9 | Salaries and wages (other than to partners) (less employment credits) | 9 |
| 10 | Guaranteed payments to partners | 10 |
| 11 | Repairs and maintenance | 11  11,599. |
| 12 | Bad debts | 12 |
| 13 | Rent | 13 |
| 14 | Taxes and licenses | 14 |
| 15 | Interest (see instructions) | 15 |
| 16a | Depreciation (if required, attach Form 4562)  16a  64,174. | |
| b | Less depreciation reported on Form 1125-A and elsewhere on return  16b | 16c  64,174. |
| 17 | Depletion (**Do not deduct oil and gas depletion.**) | 17 |
| 18 | Retirement plans, etc. | 18 |
| 19 | Employee benefit programs | 19  3,455. |
| 20 | Other deductions (attach statement) See Stmt | 20  1,293,053. |
| 21 | **Total deductions.** Add the amounts shown in the far right column for lines 9 through 20 | 21  1,372,281. |
| 22 | **Ordinary business income (loss).** Subtract line 21 from line 8 | 22  -75,241. |

### Tax and Payment

| | | |
|---|---|---:|
| 23 | Interest due under the look-back method—completed long-term contracts (attach Form 8697) | 23 |
| 24 | Interest due under the look-back method—income forecast method (attach Form 8866) | 24 |
| 25 | BBA AAR imputed underpayment (see instructions) | 25 |
| 26 | Other taxes (see instructions) | 26 |
| 27 | **Total balance due.** Add lines 23 through 27 | 27 |
| 28 | Payment (see instructions) | 28 |
| 29 | Amount owed. If line 28 is smaller than line 27, enter amount owed | 29 |
| 30 | Overpayment. If line 28 is larger than line 27, enter overpayment | 30  0. |

**Sign Here**
Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than partner or limited liability company member) is based on all information of which preparer has any knowledge.

▶ Signature of partner or limited liability company member   ▶ Date

May the IRS discuss this return with the preparer shown below? See instructions. ☐ Yes ☐ No

**Paid Preparer Use Only**

| Print/Type preparer's name | Preparer's signature | Date | Check if self-employed ☐ | PTIN |
|---|---|---|---|---|
| Scott Beidleman, CPA | Scott Beidleman, CPA | | | P00112665 |

Firm's name ▶ SCOTT BEIDLEMAN, CPA     Firm's EIN ▶
Firm's address ▶ 10334 NW 15TH ST CORAL SPRINGS, FL 33071-6523     Phone no. (954)536-9356

For Paperwork Reduction Act Notice, see separate instructions.     BAA     Form **1065** (2018)

REV 04/01/19 PRO

651118

☐ Final K-1   ☒ Amended K-1   OMB No. 1545-0123

# Schedule K-1 (Form 1065)
Department of the Treasury
Internal Revenue Service

**2018**

For calendar year 2018, or tax year

beginning / / 2018   ending / /

**Partner's Share of Income, Deductions, Credits, etc.** ▶ See back of form and separate instructions.

## Part I   Information About the Partnership

**A** Partnership's employer identification number
46-3168470

**B** Partnership's name, address, city, state, and ZIP code
MICRON DEVICES LLC
1521 ALTON ROAD, SUITE 417
MIAMI BEACH, FL 33139

**C** IRS Center where partnership filed return
OGDEN, UT

**D** ☐ Check if this is a publicly traded partnership (PTP)

## Part II   Information About the Partner

**E** Partner's identifying number    Partner Number    1

**F** Partner's name, address, city, state, and ZIP code
LAURA PERRYMAN
1521 LATON RD, SUITE 417
MIAMI BEACH FL 33139

**G** ☒ General partner or LLC member-manager   ☐ Limited partner or other LLC member

**H** ☒ Domestic partner   ☐ Foreign partner

**I1** What type of entity is this partner? INDIVIDUAL

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here ☐

**J** Partner's share of profit, loss, and capital (see instructions):

|  | Beginning | Ending |
|---|---|---|
| Profit | 36.01000 % | 33.77000 % |
| Loss | 36.01000 % | 33.77000 % |
| Capital | 36.01000 % | 33.77000 % |

**K** Partner's share of liabilities:

|  | Beginning | Ending |
|---|---|---|
| Nonrecourse | $ 584,910. | $ 634,934. |
| Qualified nonrecourse financing | $ | $ |
| Recourse | $ | $ |

**L** Partner's capital account analysis:

| | |
|---|---|
| Beginning capital account | $ 17,780. |
| Capital contributed during the year | $ |
| Current year increase (decrease) | $ -33,973. |
| Withdrawals & distributions | $ ( ) |
| Ending capital account | $ -16,193. |

☒ Tax basis   ☐ GAAP   ☐ Section 704(b) book
☐ Other (explain)

**M** Did the partner contribute property with a built-in gain or loss?
☐ Yes   ☒ No
If "Yes," attach statement (see instructions)

## Part III   Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| # | Item | Value |
|---|---|---|
| 1 | Ordinary business income (loss) | -33,973. |
| 2 | Net rental real estate income (loss) | |
| 3 | Other net rental income (loss) | |
| 4 | Guaranteed payments | |
| 5 | Interest income | |
| 6a | Ordinary dividends | |
| 6b | Qualified dividends | |
| 6c | Dividend equivalents | |
| 7 | Royalties | |
| 8 | Net short-term capital gain (loss) | |
| 9a | Net long-term capital gain (loss) | |
| 9b | Collectibles (28%) gain (loss) | |
| 9c | Unrecaptured section 1250 gain | |
| 10 | Net section 1231 gain (loss) | |
| 11 | Other income (loss) | |
| 12 | Section 179 deduction | |
| 13 | Other deductions | |
| 14 | Self-employment earnings (loss) | |
| A | | -33,973. |
| C | | 438,010. |
| 15 | Credits | |
| 16 | Foreign transactions | |
| 17 | Alternative minimum tax (AMT) items | |
| 18 | Tax-exempt income and nondeductible expenses | |
| 19 | Distributions | |
| 20 | Other information | |
| | Z * STMT | |

*See attached statement for additional information.

For IRS Use Only

COPY ONLY

**For Paperwork Reduction Act Notice, see Instructions for Form 1065.**   www.irs.gov/Form1065   BAA   Schedule K-1 (Form 1065) 2018
REV 01/26/19 PRO

Schedule K-1 (Form 1065) 2018    LAURA PERRYMAN    46-3168470    Page **2**

This list identifies the codes used on Schedule K-1 for all partners and provides summarized reporting information for partners who file Form 1040.
For detailed reporting and filing information, see the separate Partner's Instructions for Schedule K-1 and the instructions for your income tax return.

1. **Ordinary business income (loss).** Determine whether the income (loss) is passive or nonpassive and enter on your return as follows.

   | | Report on |
   |---|---|
   | Passive loss | See the Partner's Instructions |
   | Passive income | Schedule E, line 28, column (h) |
   | Nonpassive loss | See the Partner's Instructions |
   | Nonpassive income | Schedule E, line 28, column (k) |

2. **Net rental real estate income (loss)** — See the Partner's Instructions
3. **Other net rental income (loss)**
   - Net income — Schedule E, line 28, column (h)
   - Net loss — See the Partner's Instructions
4. **Guaranteed payments** — Schedule E, line 28, column (k)
5. **Interest income** — Form 1040, line 2b
6a. **Ordinary dividends** — Form 1040, line 3b
6b. **Qualified dividends** — Form 1040, line 3a
6c. **Dividend equivalents** — See the Partner's Instructions
7. **Royalties** — Schedule E, line 4
8. **Net short-term capital gain (loss)** — Schedule D, line 5
9a. **Net long-term capital gain (loss)** — Schedule D, line 12
9b. **Collectibles (28%) gain (loss)** — 28% Rate Gain Worksheet, line 4 (Schedule D instructions)
9c. **Unrecaptured section 1250 gain** — See the Partner's Instructions
10. **Net section 1231 gain (loss)** — See the Partner's Instructions
11. **Other income (loss)**
    *Code*
    - A Other portfolio income (loss) — See the Partner's Instructions
    - B Involuntary conversions — See the Partner's Instructions
    - C Sec. 1256 contracts & straddles — Form 6781, line 1
    - D Mining exploration costs recapture — See Pub. 535
    - E Cancellation of debt — Schedule 1 (Form 1040), line 21 or Form 982
    - F Section 951A income
    - G Section 965(a) inclusion
    - H Subpart F income other than sections 951A and 965 inclusion — See the Partner's Instructions
    - I Other income (loss)
12. **Section 179 deduction** — See the Partner's Instructions
13. **Other deductions**
    - A Cash contributions (60%)
    - B Cash contributions (30%)
    - C Noncash contributions (50%)
    - D Noncash contributions (30%)
    - E Capital gain property to a 50% organization (30%)
    - F Capital gain property (20%)
    - G Contributions (100%) — See the Partner's Instructions
    - H Investment interest expense — Form 4952, line 1
    - I Deductions—royalty income — Schedule E, line 19
    - J Section 59(e)(2) expenditures — See the Partner's Instructions
    - K Excess business interest expense — See the Partner's Instructions
    - L Deductions—portfolio (other) — Schedule A, line 16
    - M Amounts paid for medical insurance — Schedule A, line 1 or Schedule 1 (Form 1040), line 29
    - N Educational assistance benefits — See the Partner's Instructions
    - O Dependent care benefits — Form 2441, line 12
    - P Preproductive period expenses — See the Partner's Instructions
    - Q Commercial revitalization deduction from rental real estate activities — See Form 8582 instructions
    - R Pensions and IRAs — See the Partner's Instructions
    - S Reforestation expense deduction — See the Partner's Instructions
    - T through V — Reserved for future use
    - W Other deductions — See the Partner's Instructions
    - X Section 965(c) deduction — See the Partner's Instructions
14. **Self-employment earnings (loss)**

    **Note:** If you have a section 179 deduction or any partner-level deductions, see the Partner's Instructions before completing Schedule SE.
    - A Net earnings (loss) from self-employment — Schedule SE, Section A or B
    - B Gross farming or fishing income — See the Partner's Instructions
    - C Gross non-farm income — See the Partner's Instructions
15. **Credits**
    - A Low-income housing credit (section 42(j)(5)) from pre-2008 buildings
    - B Low-income housing credit (other) from pre-2008 buildings
    - C Low-income housing credit (section 42(j)(5)) from post-2007 buildings
    - D Low-income housing credit (other) from post-2007 buildings — See the Partner's Instructions
    - E Qualified rehabilitation expenditures (rental real estate)
    - F Other rental real estate credits
    - G Other rental credits
    - H Undistributed capital gains credit — Schedule 5 (Form 1040), line 74, box a
    - I Biofuel producer credit — See the Partner's Instructions

| Code | | Report on |
|---|---|---|
| J | Work opportunity credit | |
| K | Disabled access credit | |
| L | Empowerment zone employment credit | |
| M | Credit for increasing research activities | See the Partner's Instructions |
| N | Credit for employer social security and Medicare taxes | |
| O | Backup withholding | |
| P | Other credits | |

16. **Foreign transactions**
    - A Name of country or U.S. possession
    - B Gross income from all sources — Form 1116, Part I
    - C Gross income sourced at partner level

    *Foreign gross income sourced at partnership level*
    - D Section 951A category
    - E Foreign branch category
    - F Passive category — Form 1116, Part I
    - G General category
    - H Other

    *Deductions allocated and apportioned at partner level*
    - I Interest expense — Form 1116, Part I
    - J Other — Form 1116, Part I

    *Deductions allocated and apportioned at partnership level to foreign source income*
    - K Section 951A category
    - L Foreign branch category
    - M Passive category — Form 1116, Part I
    - N General category
    - O Other

    *Other information*
    - P Total foreign taxes paid — Form 1116, Part II
    - Q Total foreign taxes accrued — Form 1116, Part II
    - R Reduction in taxes available for credit — Form 1116, line 12
    - S Foreign trading gross receipts — Form 8873
    - T Extraterritorial income exclusion — Form 8873
    - U Section 951A(c)(1)(A) tested income
    - V Tested foreign income tax
    - W Section 965 information — See the Partner's Instructions
    - X Other foreign transactions
17. **Alternative minimum tax (AMT) items**
    - A Post-1986 depreciation adjustment
    - B Adjusted gain or loss — See the Partner's Instructions and the Instructions for Form 6251
    - C Depletion (other than oil & gas)
    - D Oil, gas, & geothermal—gross income
    - E Oil, gas, & geothermal—deductions
    - F Other AMT items
18. **Tax-exempt income and nondeductible expenses**
    - A Tax-exempt interest income — Form 1040, line 2a
    - B Other tax-exempt income — See the Partner's Instructions
    - C Nondeductible expenses — See the Partner's Instructions
19. **Distributions**
    - A Cash and marketable securities
    - B Distribution subject to section 737 — See the Partner's Instructions
    - C Other property
20. **Other information**
    - A Investment income — Form 4952, line 4a
    - B Investment expenses — Form 4952, line 5
    - C Fuel tax credit information — Form 4136
    - D Qualified rehabilitation expenditures (other than rental real estate) — See the Partner's Instructions
    - E Basis of energy property — See the Partner's Instructions
    - F Recapture of low-income housing credit (section 42(j)(5)) — Form 8611, line 8
    - G Recapture of low-income housing credit (other) — Form 8611, line 8
    - H Recapture of investment credit — See Form 4255
    - I Recapture of other credits — See the Partner's Instructions
    - J Look-back interest—completed long-term contracts — See Form 8697
    - K Look-back interest—income forecast method — See Form 8866
    - L Dispositions of property with section 179 deductions
    - M Recapture of section 179 deduction
    - N Interest expense for corporate partners
    - O through Y
    - Z Section 199A income
    - AA Section 199A W-2 wages — See the Partner's Instructions
    - AB Section 199A unadjusted basis
    - AC Section 199A REIT dividends
    - AD Section 199A PTP income
    - AE Excess taxable income
    - AF Excess business interest income
    - AG Gross receipts for section 59A(e)
    - AH Other information

REV 01/26/19 PRO